United States Court of Appeals
FOR THE EIGHTH CIRCUIT
No. 97-2400EA

Sammie Smith, Jr.,  　　　　　　*
　　　　　　　　　　　　　　　*
　　　　　　　Appellant,　　　　*
　　　　　　　　　　　　　　　*
　　　v.　　　　　　　　　　　* 　Appeal from the United States
　　　　　　　　　　　　　　　* 　District Court for the Eastern
Larry Norris, Director, Department of 　* 　District of Arkansas.
Correction; Bill Lowe, Personnel　　*
Administrator; Virginia Wallace,　　* 　　　[UNPUBLISHED]
Warden (Women Unit),　　　　　*
　　　　　　　　　　　　　　　*
　　　　　　　Appellees.　　　　*

_____

Submitted: December 8, 1997
Filed: December 16, 1997
_____

Before FAGG, BEAM, and MORRIS SHEPPARD ARNOLD, Circuit Judges.
_____

PER CURIAM.

　　　Sammie Smith, Jr. appeals the district court's adverse grant of summary judgment on Smith's race-based employment discrimination claim. Having carefully considered the record, and assuming Smith established the elements of a prima facie case, we agree with the district court that Smith failed to present any evidence tending to show that the reason given by the public officials for rescinding an offer of employment with the Arkansas Department of Corrections was a pretext for race discrimination.

Accordingly, we conclude the district court correctly granted summary judgment, and we affirm without further discussion.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.